IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| LEON FIELDS, | : | |
|     Plaintiff, | : | No. 22-cv-3814-JMY |
| | : | |
| vs. | : | |
| | : | |
| RECONN HOLDINGS, LLC., et al., | : | |
|     Defendants. | : | |

## ORDER

**AND NOW**, this 30th day of April 2024, upon consideration of the motion for summary judgment filed by Defendants, Reconn Holdings, LLC, and USIC, LLC, (ECF No. 26), and all papers submitted in support thereof and in opposition thereto, it is hereby **ORDERED** that said Motion will be **GRANTED**.

The Clerk of Court is DIRECTED mark this case CLOSED.

**IT IS SO ORDERED**.

BY THE COURT:

  /s/ John Milton Younge
Judge John Milton Younge